█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN PATTERSON, Appellant. [932 NYS2d 758]—

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Angiolillo, Belen and Austin, JJ., concur.